No. 357. HAMMOND CLOCK Co. v. ELECTRIC AUTO-LITE Co. November 6, 1939. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Clifford C. Bradbury* for petitioner. *Mr. Edmund B. Whitcomb* for respondent.